# United States District Court

## WESTERN DISTRICT OF WASHINGTON

CARISSA DANIELS,

          v.

PAUL PASTOR, SHERIFF, PIERCE
COUNTY JAIL (as custodian),

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5711 BHS

__  __     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)      Petitioner's Petition Under 28 U.S.C. § 2241 For Writ of Habeas Corpus (Dkt.4) is **GRANTED**.

| January 7, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

_s/ Mary Trent_
Deputy Clerk